# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOREEN ARCHULETA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, DEPUTY COMMISSIONER OF OPERATIONS FOR THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | No. CV 17-7207-PLA <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: September 14, 2018

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE